UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Y.S., individually and as next friend and
parent of J.S., a child with a disability,

       Plaintiff,

  -v-            1:07-CV-481

NORTH COLONIE CENTRAL SCHOOL
DISTRICT,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

  Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on July 27, 2007, in Utica, New York, it is hereby

  ORDERED that

  1. The Temporary Restraining Order entered on July 18, 2007, is VACATED;

  2. Plaintiff may filed an amended complaint on or before August 10, 2007; and

  3. Plaintiff's motion for a preliminary injunction is DENIED without prejudice.

  IT IS SO ORDERED.

                 _____
                 United States District Judge

Dated: July 27, 2007
   Utica, New York.